UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ROBERT L. KUCH, | NO. CV 08-3692 GHK (FFM) |
| Petitioner, | |
| v. | JUDGMENT |
| M. FEATHER, WARDEN, | |
| Respondent. | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: 12/3/09

GEORGE H. KING
United States District Judge